WANDA TIMMS

Plaintiff(s)

-against-

CITIBANK, N.A.

Defendant(s)

Index #: 1:18-CV-01702-RJD-ST

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 18, 2018 at 04:25 PM at

111 WALL STREET
NEW YORK, NY10005

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET on CITIBANK, N.A., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to ANGELA LICORISH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BROWN | 65 | 5'3 | 160 |
| GLASSES | | | | | |



Citibank

Angela O. Licorish
Personal Banker
NMLS ID: 723010

Citibank, N.A.
111 Wall Street
New York, NY 10005
T 212 248 6725
F 646 291 1545
T 800 627 3999
angela.o.licorish@citi.com

Sworn to me on: April 18, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971
Docket #:    *1069737*