## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

BARRY J. GLICKMAN
(212) 826-5327
bglickman@zeklaw.com

May 10, 2018

**BY ELECTRONIC CASE FILING**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers: Room N505
Brooklyn, New York 11201

**Wanda Timms v. Citibank, N.A.**
**18-CV-1702 (RJD) (SLT)**
**Citibank's Request for Extension of Time to Respond to the Complaint**

Dear Magistrate Judge Tiscione:

Moments ago we were retained as counsel to defendant Citibank, N.A. in the referenced matter. We write pursuant to this Court's Individual Practice Rules to approve an extension of time by which to respond to plaintiff's complaint to and including June 7, 2018. This is Citibank's first request for such an extension. Citibank's original time to respond was May 9, 2018. We are advised by Citibank's in-house counsel that plaintiff's counsel has consented to this request. This request is made because the parties are actively attempting to resolve this matter without having to incur the expense of costly litigation.

By reason of the foregoing, we ask this Court to grant the requested extension of time by which Citibank must respond to the summons and complaint.

Respectfully,

*/s/ Barry J. Glickman*

Barry J. Glickman

BJG:dct

cc: Matthew A, Schedler, Esq. (by ECF and e-mail)