Barry J. Glickman, Esq.
Ronald M. Neumann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
  *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDA TIMMS,<br><br>              Plaintiff,<br><br>       - against -<br><br>CITIBANK, N.A.,<br><br>              Defendant. | CASE NO. 18 CV 1702-RJD-ST<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant Citibank, N.A. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         May 24, 2018

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: /s/ Ronald Neumann
                                        Ronald M. Neumann, Esq.
                                        Attorneys for Defendant
                                        Citibank, N.A.
                                        1211 Avenue of the Americas
                                        New York, New York  10036
                                        (212) 223-0400

TO:   *Counsel for plaintiff by ECF*