## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 28, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-1702 (RJD) |
| **NAME OF CASE(S):** | **TIMMS V. CITIBANK, N.A.** |
| **FOR PLAINTIFF(S):** | Schedler, Bromberg |
| **FOR DEFENDANT(S):** | Neumann |
| **NEXT CONFERENCE(S):** | **SEPTEMBER 21, 2018 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:32 - 10:35 |

### RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 7/12/18;

Completion of Phase I discovery - 8/16/18;

Deadline for motions to join new parties or amend pleadings - 10/5/18;

First requests for production of documents and interrogatories due by - 10/19/18;

All fact discovery to be completed by 12/28/18;

Exchange of expert reports - 1/28/19;

Expert depositions completed by - 2/27/19;

All discovery completed by - 3/28/19;

Final date to take first step in dispositive motion practice - 4/27/19.

An in-person settlement conference will be held on September 21, 2018 at 2:00 p.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than September 18, 2018. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.