## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | October 1, 2018 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-1702 (RJD) |
| **NAME OF CASE(S):** | **TIMMS -V- CITIBANK, N.A.** |
| **FOR PLAINTIFF(S):** | Bromberg, Schedler |
| **FOR DEFENDANT(S):** | Neumann |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 3:12 - 3:19, 4:18 - 4:23 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but Defendants need additional time to consider Plaintiff's last offer. Parties will file a joint status report by October 15, 2018.