# ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

October 15, 2018

**BY ELECTRONIC CASE FILING**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers: Room N505
Brooklyn, New York 11201

**CONFIDENTIAL MEDIATION STATUS REPORT**

**Wanda Timms v. Citibank, N.A.**
**18-CV-1702 (RJD) (SLT)**

Dear Judge Tiscione:

      We are counsel to Citibank, N.A. On October 1, 2018 the parties attended a settlement conference before this Court, at which time no settlement was reached. The parties agreed to continue discussions and this Court directed counsel to file a joint status report by October 15. Pursuant to this Court's instructions, we respectfully submit this joint report with the consent of plaintiff's counsel to address the status of settlement negotiations since that conference.

      Before leaving court following the October 1 settlement conference, the parties continued their discussions. At that time Citibank increased its offer to include a waiver of the overdraft. Since then, the parties had three telephone conversations, most recently on October 11. They also exchanged emails. In spite of these efforts, the parties have been unable to achieve a settlement.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Steven L. Tiscione
October 15, 2018
Page 2

       Plaintiff believes that it would be beneficial to hold a follow-up settlement conference. While the initial settlement conference was very helpful in narrowing the initial gap between plaintiff's demand and Citibank's offer, Citibank is not interested in increasing its offer any further. As a result, Citibank respectfully submits that further discussions with the Court would not be fruitful and, therefore, opposes plaintiff's request for another settlement conference.

                                  Respectfully submitted,

                                  Ronald M. Neumann

RMN:mzg