# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

January 11, 2019

**BY ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Wanda Timms v. Citibank, N.A.**
**18-CV-1702 (RJD) (SLT)**

Dear Judge Tiscione:

      We represent defendant Citibank, N.A. in this action. On behalf of counsel for all parties, we are pleased to advise the Court that subsequent to the mediation conducted by Your Honor, the parties have reached a settlement, the settlement agreement has been drafted and executed and the parties are in the process of implementing its terms.

Very truly yours,

Ronald M. Neumann

RMN:mzg

cc: By ECF to all counsel

998670