UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANDA TIMMS, | CASE NO. 18 CV 1702 (RJD)(ST) |
| Plaintiff, | |
| - against - | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CITIBANK, N.A., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys for all the parties herein that this action is dismissed with prejudice against defendant Citibank, N.A., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

This Stipulation may be signed in counterparts and electronic, facsimile copies and/or photocopies shall be considered originals for all purposes.

990248

The Clerk is directed to close this case.

Dated:   New York, New York
         February  _ , 2019

BROMBERG LAW OFFICE, P.C.                    ZEICHNER ELLMAN & KRAUSE LLP

By: _____               By: _____
Brian L. Bromberg                            Barry J. Glickman
Attorneys for Plaintiff                      Ronald M. Neumann
26 Broadway, 21st Floor                      Attorneys for Defendant
New York, New York 11201                     1211 Avenue of the Americas
(212) 248-7906                               New York, New York 10036
                                             (212) 223-0400

Matthew A. Schedler, Esq.
CAMBA Legal Services, Inc.
885 Flatbush Avenue, Suite 202
Brooklyn, New York 11226
(718) 940-6311 Ext. 79284

SO ORDERED:


_____

U.S.D.J.